UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>   v.<br><br> KEVIN LLOYD STANLEY, AKA Kevin Stanley,<br><br>              Defendant - Appellant. | No. 10-50206<br><br>D.C. No. 2:09-cr-00486-ODW-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER AMENDING<br>MEMORANDUM DISPOSITION<br>AND DENYING PETITION FOR<br>REHEARING |

Before: TROTT, BYBEE, and IKUTA, Circuit Judges.

The Memorandum Disposition filed on August 16, 2012 is AMENDED as follows:

On page 4 of the Memorandum Disposition, the following sentence is deleted: "Rather, the evidence shows that Solorio accessed the computer's hard drive remotely, which would have bypassed any screen displaying the user accounts."

With this amendment, appellant's petition for rehearing, filed August 17, 2012, is DENIED. No further petitions for rehearing may be filed.